IN THE UNTED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIANNE TRACY VILLA AS ADMINISTRATOR OF THE ESTATE OF JOSHUA VILLA, the Plaintiff, on behalf of LIANNE TRACY VILLA INDIVIDUALLY, LIANNE TRACY VILLA AS GUARDIAN OF B.V., MATTHEW VILLA, ANTHONY VILLA, JAMES VILLA, AND LAURA GALVAN, <br><br> Plaintiff, <br><br> v. <br><br> DMYTRO PRYSICH, KLC GLOBAL SERVICES LTD., KLC BROKERAGE, INC., & PIONEER SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CIVIL NO. 4:25-cv-00463-WPK <br><br><br> **MOTION TO ENFORCE SETTLEMENT** <br><br> **AND** <br><br> **MOTION FOR LEAVE TO FILE UNDER SEAL** |

COME NOW the Plaintiffs, and for their Motion to Enforce Settlement, state the following to the Court:

1. On February 26, 2026, the Court conducted a Settlement Conference. The parties to this matter reached a settlement agreement at the Conference.

2. The Court entered a Text Order stating "This case reached a settlement during the conference on February 26, 2026." The Order instructed the parties to file closing documents for the case by May 29, 2026.

3. The parties and their counsel worked cooperatively to resolve all issues relating to the Release and the probate court approval process. During this time, the parties twice asked the Court to extend the deadline for filing case closing documents. The Court granted these requests, most recently in a text order dated June 30, 2026, extending the deadline to July 29, 2026.

4. The parties have all agreed to specific terms, memorialized in a Settlement Agreement and Release. The Plaintiffs and Claimants have all signed the document. As of the date of filing this Motion, some, but not all, of the Defendants and

insurance carriers have signed the document. KLC Global Services, Ltd. has not signed.

5. The settlement has been approved by the Probate Court, in Dallas County, Iowa, in Probate No. ESPR025321, *In the Matter of the Estate of Joshua Villa*. On June 30, 2026, that Court entered an Order Granting Authority to Compromise Claim and Execute Releases.

6. Seven total settlement payments were agreed to and due from Defendants. These payments were all "due at the time of settlement."

7. Six of the settlement payments have been made.

8. KLC Global Services, Ltd. has not made its settlement payment.

9. Counsel for KLC Global Services, Ltd. have been unable to give any reassurance as to the date when the necessary settlement payment will be made.

10. Plaintiff is prepared to support this Motion with four exhibits that contain confidential settlement information. Plaintiff asks the Court for leave to file these Exhibits under seal.

   a. Exhibit 1: The emails wherein counsel for Defendant KLC Global Services, Ltd. confirmed settlement. The email and the responses were sent at the conclusion of the Court's Settlement Conference, at the Court's request, to confirm the terms of the settlement reached at the Conference.

   b. Exhibit 2: The emails between counsel, including counsel for KLC Global Services, Ltd., confirming agreement on the specific and final terms of the Settlement Agreement and Release.

   c. Exhibit 3: The Settlement Agreement and Release.

   d. Exhibit 4: The Order Granting Authority to Compromise Claim and Execute Releases, issued by the Probate Court for Dallas County, Iowa.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order compelling Defendant KLC Global Services, Ltd. to tender settlement funds on or before a date set by the Court. Plaintiff further requests that the Court's Order establish a new deadline for the parties to filing closing documents. Finally, Plaintiffs ask that the Court grant them leave to file exhibits to this Motion under seal.

Respectfully submitted,

By:__/s Andrew Heiting-Doane
Gary G. Mattson
Andrew Heiting-Doane
LaMARCA LAW GROUP, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, Iowa 50325
Telephone: 515-225-2600
Facsimile: 515-225-8581
andy@lamarcalawgroup.com
gary@lamarcalawgroup.com
ATTORNEYS FOR PLAINTIFFS